1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA — WESTERN DIVISION

| | |
|---|---|
| MICHAEL GEORGE STEWART,<br><br>　　　　Petitioner,<br><br>vs.<br><br>JOHN C. MARSHALL, Warden,<br><br>　　　　Respondent. | Case No. CV 05-259 AHM (JWJ)<br><br>**ORDER ADOPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE** |

　　　　Pursuant to 28 U.S.C. § 636(b)(1)(C), the Court has reviewed the instant Petition for Writ of Habeas Corpus and other papers along with the attached Report and Recommendation of the United States Magistrate Judge, and has made a <u>de novo</u> determination of the Report and Recommendation.  The Court concurs with and adopts the conclusions of the Magistrate Judge.

　　　　IT IS ORDERED that Respondent's Motion to Dismiss is granted, and that a Judgment be entered dismissing the instant Petition for Writ of Habeas Corpus.

///
///
///

-1-

-2-

1    IT IS FURTHER ORDERED that the Clerk shall serve forthwith a copy of
2 this Order and the Judgment of this date on Petitioner.
3
4
5 DATED: September 25, 2008    _____
6                                                          A. HOWARD MATZ
                                                            United States District Judge
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28