# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA — WESTERN DIVISION

MICHAEL GEORGE STEWART, ) Case No. CV 05-259 AHM (JWJ)
Petitioner,
vs. ) **JUDGMENT**
JOHN C. MARSHALL, Warden,
Respondent.

Pursuant to the Order of the Court approving the recommendations of the United States Magistrate Judge, and adopting the same as the facts and conclusions of law herein,

IT IS ADJUDGED that Judgment be entered dismissing the instant Petition for Writ of Habeas Corpus.

DATED: November 7, 2008

A. HOWARD MATZ
United States District Judge

-1-